UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joel Karnitz and Tanya Karnitz,

    Plaintiffs,

v.                                                                                 Civil No. 07-1807 (JNE/RLE)
                                                                                 ORDER

Wells Fargo Bank, N.A.,

    Defendant.

After Wells Fargo Bank, N.A., foreclosed their mortgage by advertisement, Joel Karnitz and Tanya Karnitz, husband and wife, brought this action seeking declarations that the mortgage is invalid and that the foreclosure and sheriff's certificate of sale are null and void. On April 10, 2008, the Court denied Wells Fargo Bank's motion for summary judgment and granted the Karnitzes' request for summary judgment. Wells Fargo Bank appealed, and the Eighth Circuit reversed and remanded for entry of judgment in favor of Wells Fargo Bank. Accordingly, the Court enters judgment in favor of Wells Fargo Bank.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

    1.        Judgment is entered in favor of Wells Fargo Bank.

    2.        This case is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 11, 2009

                                                                    s/ Joan N. Ericksen
                                                                    JOAN N. ERICKSEN
                                                                    United States District Judge